IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES, LTD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON ) <br> SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) | Case No.: 1:22-cv-06691 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOXMIND CANADA ENTERPRISES, LTD voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 87. | OAVQHLG3B | https://www.walmart.com/seller/101125945 |
| 114. | Wmkox8yii | https://www.walmart.com/reviews/seller/101125387 |

Dated: January 18, 2023                    Respectfully submitted,

By:  /s/ *David E. Hutchinson*
David E. Hutchinson
THOITS LAW
A Professional Corporation
1136 S. Delano Court West, Ste B201
Chicago, Illinois 60605
(650) 327-4200
dhutchinson@Thoits.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                                          /s/ *David E. Hutchinson*
                                                          David E. Hutchinson