**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FOXMIND CANADA ENTERPRISES, LTD.,

      Plaintiff,

v.

Arrydrry Official Store, et al.,

      Defendants.

Case No.: 1:22-cv-06991

Judge Matthew F. Kennelly

**DEFAULT JUDGMENT ORDER AS TO CERTAIN DEFENDANTS**

THIS CASE having been commenced by Plaintiff FOXMIND CANADA ENTERPRISES, LTD. against the Defendants identified on the First Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the domain names identified in the First Amended Schedule A (the "Defaulting Defendant Domain Names") and the online marketplace accounts identified in the First Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted; and

The Court finds that there is no reason for delay in entering final judgment as to all remaining defendants who have neither appeared nor settled – the Defaulting Defendants listed on the First Amended Schedule A.

This Court further finds that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of products incorporating the MATCH MADNESS trademark, U.S. Trademark Registration No. 5212863 (the "MATCH MADNESS trademark") and/or the MATCH MADNESS copyrights, being at least U.S. Copyright Office Registration Nos. VA 2-136-024 and VA 2-291-501 (collectively, the "MATCH MADNESS Copyright Registrations");

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.), and/or violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.      Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

> a.      using Plaintiff's MATCH MADNESS Trademark, MATCH MADNESS Copyright Registrations, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in

2

connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MATCH MADNESS product or not authorized by Plaintiff to be sold in connection with Plaintiff's MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations;

b.    passing off, inducing, or enabling others to sell or pass off any product as a genuine MATCH MADNESS product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations;

c.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations or any reproductions, counterfeit copies, or colorable imitations thereof;

e.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which

Defendants could continue to sell counterfeit MATCH MADNESS products; and

f.    operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine MATCH MADNESS product or not authorized by Plaintiff to be sold in connection with Plaintiff's MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations.

2.    The domain name registries for the Defaulting Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

a.    unlock and change the registrar of record for the Defaulting Defendant Domain Names to a registrar of Plaintiff' selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defaulting Defendant Domain Names to a registrar of Plaintiff' selection until further ordered by this Court; or

b.    disable the Defaulting Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online

4

marketplace platforms such as AliExpress.com, Amazon.com, eBay.com, Walmart.com, and ContextLogic, Inc. d/b/a Wish.com, shall within seven (7) calendar days of receipt of this Order:

    a.    disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations, including any accounts associated with the Defaulting Defendants listed on the First Amended Schedule A;

    b.    disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the MATCH MADNESS Trademark and/or MATCH MADNESS Copyright Registrations; and

    c.    take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Domain Names from any search index.

4.    AliExpress and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.    Walmart and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants'

websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.      PayPal, Inc. ("PayPal") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.      Amazon.com Inc. ("Amazon") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8.      Payoneer and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9.      ContextLogic, Inc. ("Wish") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

10.     Ping Pong Global Solutions, Inc. ("Ping Pong") and any related companies and affiliates shall, using the identifying information provided by Plaintiff, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants'

6

websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

11.     eBay Inc. ("eBay") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

12.     LianLian Global t/as LL Pay U.S., LLC ("LianLian") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

13.     AllPay Limited ("AllPay") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

14.     Union Mobile Financial Technology Co. Ltd. ("Union Mobile") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

15.     Bank of China and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

16. Hyperwallet and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

17. Lakala Payment Co., Ltd. ("Lakala") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

18. OFX and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

19. Paxful, Inc. ("Paxful") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

20. PayEco and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

21. SellersFunding and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to

Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

22.     Shopify and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

23.     Stripe and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

24.     Wise/TransferWise and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

25.     World First UK Ltd. ("World First") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

26.     Pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 504, Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($1o0,000.00).

27.     All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, PayPal, eBay, Wish, Payoneer, Ping Pong, LianLian, AllPay, Union Mobile, AliExpress, Walmart, Bank of China, Hyperwallet, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon, PayPal, eBay, Wish, Payoneer, Ping Pong, LianLian, AllPay, Union Mobile, AliExpress, Walmart, Bank of China, Hyperwallet, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

28.     Until Plaintiff have recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon, PayPal, eBay, Wish, Payoneer, Ping Pong, LianLian, AllPay, Union Mobile, AliExpress, Walmart, Bank of China, Hyperwallet, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Amazon, PayPal, eBay, Wish, Payoneer, Ping Pong, LianLian, AllPay, Union Mobile, AliExpress, Walmart, Bank of China, Hyperwallet, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First shall within two (2) business days:

    a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

    b.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c.     Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

29.     Until Plaintiff has recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

      a.     Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

      b.     Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c.     Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

30.     In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified by Plaintiff and any email addresses provided for Defaulting Defendants by third parties.

31.     Plaintiff may serve this Order on Third Party Providers, including Amazon, PayPal, eBay, Wish, Payoneer, Ping Pong, LianLian, AllPay, Union Mobile, AliExpress, Walmart, Bank of China, Hyperwallet, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe,

Wise/TransferWise, and/or World First by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on Third Party Providers.

32.     To obtain release of the five thousand-dollar ($5,000.00) bond posted by Plaintiff (ECF 18), including any interest minus the registry fee, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

Dated: 2/9/2023

Honorable Matthew F. Kennelly
United States District Judge

12

**FIRST AMENDED SCHEDULE A**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | Arrydrry Official Store | https://www.aliexpress.com/store/1101312747 |
| 2. | ASWJ Official Store | https://www.aliexpress.com/store/2141041 |
| 3. | Baby Growthing Store | https://www.aliexpress.com/store/1101313765 |
| 4. | congtou Store | https://www.aliexpress.com/store/5323023 |
| | | |
| 6. | daguo toy Store | https://www.aliexpress.com/store/5589482 |
| 7. | Fafafa Store | https://www.aliexpress.com/store/1101410838 |
| 8. | faina's Store | https://www.aliexpress.com/store/1101365168 |
| 9. | FlyAC Store | https://www.aliexpress.com/store/3516008 |
| | | |
| 12. | HizoeChu Toy Store | https://www.aliexpress.com/store/4599006 |
| 13. | Hoery Mother, Baby & Toy Store | https://www.aliexpress.com/store/1101943280 |
| 14. | iBaseToy Zone Store | https://www.aliexpress.com/store/1101798534 |
| 15. | iPlay iLearn Official Store | https://es.aliexpress.com/store/5879249 |
| 16. | KOLEHOME Store | https://www.aliexpress.com/store/1101362276 |
| 17. | LOLlive Store | https://www.aliexpress.com/store/1101706698 |
| 18. | lvse life Store | https://www.aliexpress.com/store/3616160 |
| 19. | ModernBaby Store | https://www.aliexpress.com/store/4836019 |
| 20. | Mon Mere&Baby Store | https://www.aliexpress.com/store/1101367885 |
| | | |
| 22. | QWZ First Toy Store | https://www.aliexpress.com/store/1101349906 |
| | | |
| 24. | Small fire Store | https://www.aliexpress.com/store/1101082101 |
| | | |
| 26. | TopGou Store | https://www.aliexpress.com/store/1799705 |
| 27. | TT Toy Store | https://www.aliexpress.com/store/1101576192 |
| 28. | Viego Store | https://www.aliexpress.com/store/1101829440 |
| 29. | WJBJOY RC TOY Store | https://www.aliexpress.com/store/1101953117 |
| 30. | XXRT TOY Store | https://www.aliexpress.com/store/911755056 |
| 31. | ZHWisdom FUN Store | https://www.aliexpress.com/store/1101828237 |
| 32. | AJIE-US | https://www.amazon.com/sp?seller=ACQ7BA5FOAHQR |
| 33. | Deals Direct US | https://www.amazon.com/sp?seller=A1YDID8YDZ2SKT |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 34. | DOWNWINDU.S. | https://www.amazon.com/sp?seller=A2XBJ1ABPMVVQS |
| 35. | DYXUS | https://www.amazon.com/sp?seller=A3U2XVKFGRF5DH |
| 36. | Eggfine | https://www.amazon.com/sp?seller=A842TTVGWQGZ5 |
| 37. | JXYSX-US | https://www.amazon.com/sp?seller=A1TBJ0KFH1PPA0 |
| 38. | LSYDCARM Store | https://www.amazon.com/sp?seller=AVF3MUTEOXGWA |
| 39. | Misike | https://www.amazon.com/sp?seller=A1QTCMUYMF5H8S |
| 40. | PinkClouds-US | https://www.amazon.com/sp?seller=AZ9ZH06ZUPHW1 |
| 41. | Yousheng Toy | https://www.amazon.com/sp?seller=A3MF06LOGVPCB8 |
| | | |
| 44. | amaljariya | https://www.ebay.com/usr/amaljariya |
| 45. | dudigalabrgel | https://www.ebay.com/usr/dudigalabrgel |
| | | |
| 49. | modernlife100 | https://www.ebay.com/usr/modernlife100 |
| 50. | peisen | https://www.ebay.com/usr/peisen |
| 51. | rerost-9 | https://www.ebay.com/usr/rerost-9 |
| 52. | sh_shop | https://www.ebay.com/usr/sh_shop |
| 53. | trminh_58 | https://www.ebay.com/usr/trminh_58 |
| | | |
| 64. | AOZWIN | https://www.walmart.com/reviews/seller/101135036 |
| 65. | Besida International Group Ltd | https://www.walmart.com/reviews/seller/101054573 |
| | | |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| [redacted] | | |
| 73. | FONWOON | https://www.walmart.com/reviews/seller/101136866 |
| 74. | guangzhoushijupingshangmaoyou xiangongsi | https://www.walmart.com/seller/101131852 |
| 75. | Gupbes Store | https://www.walmart.com/reviews/seller/101044681 |
| [redacted] | | |
| 83. | Lowerprice Store | https://www.walmart.com/seller/101107662 |
| 84. | LUCKISTARS.LLC | https://www.walmart.com/reviews/seller/101139378 |
| [redacted] | | |
| 86. | Mgaxyff STORE | https://www.walmart.com/seller/101094654 |
| [redacted] | | |
| 94. | Shen zhen shi jia na ke ke ji you xian gong si | https://www.walmart.com/reviews/seller/101218638 |
| [redacted] | | |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 99. | Shenzhen Maibao Trading Co., Ltd. | https://www.walmart.com/reviews/seller/101134310 |
| 100. | shenzhen shi zhi li ying keji youxian gongsi | https://www.walmart.com/reviews/seller/101179339 |
| | | |
| 103. | shenzhenshixiangmiliwanjuyouxiangongsi | https://www.walmart.com/seller/101130752 |
| 104. | shenzhenshiyijiejiawanjuyouxian gongsi | https://www.walmart.com/reviews/seller/101130748 |
| 105. | shenzhenshiyimingdianzishangwu youxiangongsi | https://www.walmart.com/reviews/seller/101187932 |
| 106. | SHEOWO | https://www.walmart.com/reviews/seller/101175932 |
| | | |
| 108. | SQVISHTOY | https://www.walmart.com/reviews/seller/101138550 |
| | | |
| 110. | Telisoe | https://www.walmart.com/reviews/seller/101132524 |
| 111. | UHNDY | https://www.walmart.com/seller/101130001 |
| 112. | VINTGH | https://www.walmart.com/reviews/seller/101180627 |
| 113. | WALFRONT LLC | https://www.walmart.com/reviews/seller/15913 |
| | | |
| 118. | YOODUDES | https://www.walmart.com/reviews/seller/101131831 |
| | | |
| 120. | YOUTHINK STORE | https://www.walmart.com/reviews/seller/101078552 |
| | | |
| 123. | wang hun | https://www.wish.com/merchant/5d46cd674c78550792ab83cc |
| 124. | zhangyu789 | https://www.wish.com/merchant/5d47d12a8388974cf1042f1b |

16